37873. COTTON STATES MUTUAL INSURANCE
COMPANY *v.* TABOR.

DECIDED JANUARY 20, 1960.

*Eberhardt, Franklin, Barham & Coleman, Wilby C. Coleman,*
for plaintiff in error.

*A. L. Kelley, Jr., Steve F. Mitchell, Robt. R. Forrester, Far-
kas, Landau & Davis,* contra.

FELTON, Chief Judge. Since the judgment of the court sus-
taining the general demurrer to the petition for declaratory
judgment in this case the defendant in the present action has
instituted an action directly against the plaintiff insurance com-
pany to recover on the insurance policy in question, the rights
and obligations under which the company seeks to have declared
in this action. In the action directly against the company in
which recovery is sought on the policy the court overruled the
demurrers of the insurance company and the company appealed
the case to this court and this court ruled thereon in *Cotton
States Mutual Ins. Co.* v. *Tabor,* 100 *Ga. App.* 844 (112 S. E.
2d 435), in which all of the questions raised in the present action
were answered by this court. In these circumstances it seems
that it would be merely an idle gesture for this court, assuming
that a case for declaratory judgment is pleaded, to send the case
back to the trial court in order that the rights of the insurance
company might be declared in accordance with law, since the
trial court would be bound by the case above cited or such other
judgment as might be rendered by the Supreme Court on cer-
tiorari, either of which rulings will have settled all the issues
in the case long before there could be a similar review of any
decision on the declaration of rights as might be made after a
return of this case to the trial court. In such circumstances we
hold that the questions raised in the present appeal are moot,

and the writ of error is dismissed without prejudice to either party in any respect.

*Writ of error dismissed.* *Quillian and Nichols, JJ., concur.*